512 A.2d 1152

**Margaret M. FARKALY, Respondent,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD and Baltimore Life Insurance Company.**

**Petition of BALTIMORE LIFE INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

July 1, 1986.

Petition for Allowance of Appeal GRANTED, No. 87 E.D. Appeal Docket 1986.